1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

          Plaintiff,

    v.

COOK SINGH *et al.*,

          Defendants.

Case No.  C07-5666RJB

ORDER UNSEALING PLAINTIFF'S ANSWER TO A COUNTER CLAIM AND STAYING THIS ACTION

15
16
    This action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

17
18
19
20
    Mr. Marks now litigates under a sanction as a result of improper filings.  As part of that sanction documents filed by Mr. Marks are submitted under seal for court review.  Mr. Marks has filed one document since this action was removed from Superior Court (Dkt. # 5). Dkt. # 5 is an answer to a counter claim. The court orders (Dkt. # 5) UNSEALED**.**

21
22
    The court has read the complaint filed by Mr. Marks in this case.  The court finds the complaint to contain several claims and issues that have previously been litigated in other cases decided in this court.

23
24
**THE COURT ORDERS THIS ACTION STAYED.  The parties are instructed to file no further pleadings in this action until a Report and Recommendation is issued by the court.**

25
    The clerk's office is directed to send copies of this order to plaintiff and counsel for defendants.

26
27
    DATED this 19 day of December, 2007.

28
                               */S/ J. Kelley Arnold*
                               J. Kelley Arnold
                               United States Magistrate

ORDER
Page - 1