UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COOK SINGH *et al.*,<br><br>　　　　　　　Defendants. | Case No. C07-5666RJB/JKA<br><br>ORDER |

This action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

Mr. Marks now litigates under a sanction as a result of improper filings. As part of that sanction documents filed by Mr. Marks are submitted under seal for court review. Mr. Marks has filed a response to the motion to dismiss (Dkt. # 16). The document has been reviewed, the court now orders the document **UNSEALED.**

Defendants will have until **September 12, 2008.** to file a reply. The motion to dismiss, (Dkt # 15) is re-noted for **September 12, 2008,** on the court's own motion.

The clerk's office is directed to send copies of this order to plaintiff and counsel for defendants.

DATED this 28 day of August, 2008.

　　　　　　　　　　　　　　　　　　*/S/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　J. Kelley Arnold
　　　　　　　　　　　　　　　　　　United States Magistrate

ORDER
Page - 1